IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPI
EASTERN DIVISION

**METROPOLITAN PROPERTY
AND CASUALTY INSURANCE
COMPANY**                                                     **PLAINTIFF**

V.                   **CIVIL ACTION NO. 1:10cv224**

**ESTATE OF INDIA WILLIAMS, Deceased;
ESTATE OF JACORIAN VASSER, a Minor, Deceased;
ESTATE OF RICHARD VASSER, JR., a Minor, Deceased;
ESTATE OF KAMARION WILLIAMS, a Minor, Deceased;
ESTATE OF CASTELLA MARIA BELL, a Minor, Deceased;
ESTATE OF TA'NAYIA M. BELL, a Minor, Deceased;
ESTATE OF LEKISHIA GILLESIE, a Minor, Deceased;
ESTATE OF JAYVION L. BELL, a Minor, Deceased;
ESTATE OF SAMIYA BELL, a Minor, Deceased;
MILDRED ROLLINS**                                       **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Joint Motion for Final Judgment as to Mildred Rollins [13] is GRANTED;

(2) this case remains open, as the Court currently has no motions before it concerning the remaining Defendants.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

So ordered on this, the __7th__ day of July, 2011.

                                                                          /s/   Sharion Aycock
                                                       **UNITED STATES DISTRICT JUDGE**